IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTIAN T. QUINTERO, | ) | CIVIL NO. 08-00571 JMS-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| J. S. STEWART, JOHN DOE 1, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER

Plaintiff is a state prisoner proceeding pro se *in forma pauperis*. See Docket No. 8. Construing Plaintiff's Complaint liberally, he seeks relief pursuant to 42 U.S.C. § 1983 for alleged violations of his rights under the Eighth Amendment. The Court has screened the Complaint pursuant to 28 U.S.C. § 1915(e)(2) and § 1915A, and has determined that it sufficiently states a claim against Defendant J.S. Stewart to proceed.

Accordingly, IT IS HEREBY ORDERED that:

1. Service of the Complaint is appropriate for Defendant J.S. Stewart.

2. The Clerk of the Court shall send Plaintiff one USM-285 form, one summons, an instruction sheet, and a copy of the Complaint filed March 13, 2008.

3. Within thirty days from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit all of the following documents to the Court at the same time:

    a. The completed, signed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form; and

    d. One copy of the Complaint filed March 13, 2008.

4. Plaintiff shall not attempt to effect service of the Complaint on Defendant or request a waiver of service of summons from Defendant. Upon receipt of the above described documents, the Court will direct the United States Marshal to serve the above-named Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. Plaintiff shall keep the Court informed of any change of address. Such notice shall be titled "NOTICE OF CHANGE OF ADDRESS." The notice shall contain only information about the change of address and its effective date. The notice shall not include any requests for any other relief. Failure to file the notice may result in the dismissal of the action for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.

6. Plaintiff shall serve a copy of all further pleadings or documents submitted to the court upon the Defendant or his attorney. Plaintiff shall include, with any original paper to be filed with the Clerk of Court, a certificate stating the date that an exact copy of the document was mailed to Defendant or his counsel. Any paper received by a District or Magistrate Judge which has not been filed with the Clerk of Court or which does not include a certificate of service will be disregarded.

DATED: Honolulu, Hawaii, March 9, 2009.

IT IS SO ORDERED.



　　　　　　　　　　　　　　　/S/ Barry M. Kurren
　　　　　　　　　　　　　　　Barry M. Kurren
　　　　　　　　　　　　　　　United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTIAN T. QUINTERO, | ) | CIVIL NO. 08-00571 JMS-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF SUBMISSION OF |
| vs. | ) | DOCUMENTS |
| | ) | |
| J. S. STEWART, JOHN DOE 1, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

NOTICE OF SUBMISSION OF DOCUMENTS

Plaintiff hereby submits the following documents in compliance with the Court's order filed _____:

\_\_\_\_ <u>one</u> completed summons form;

\_\_\_\_ <u>one</u> completed USM-285 form; and

\_\_\_\_ <u>one</u> true and exact copy of the Complaint filed March 13, 2008.

DATED: _____.

_____
Plaintiff