# MINUTES

CASE NUMBER: CV. NO. 2:08-CV-00571 JMS-BMK

CASE NAME: Christian T. Quintero v. John Doe #1

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Barry M. Kurren       REPORTER:

DATE: 10/25/2010             TIME:

COURT ACTION: EO:

In light of [33] Defendant's Request to Vacate, or Modify, the Court Order Setting the November 9, 2010 Hearing, IT IS ORDERED that the telephonic status conference regarding [28] Plaintiff's Motion to Compel, which was scheduled for November 9, 2010, is CONTINUED to **November 12, 2010 at 10:00 a.m. (Hawaii time)** before Magistrate Judge Barry M. Kurren.

Defense counsel, Jaime Michelle Ganson, is ordered to specially appear by phone. She shall inform Judge Kurren's Courtroom Manager (808-541-1306) at least two days prior to the status conference of the phone number where she may be reached the day of the conference.

IT IS FURTHER ORDERED that the Attorney General's Office shall make arrangements for Plaintiff to be available telephonically for this status conference and shall notify Judge Kurren's Courtroom Manager (808-541-1306) at least two days prior to advise the Court of the telephone number where the Plaintiff may be reached the day of the conference. Plaintiff shall be available (10) minutes prior to the hearing so the Court may initiate the conference call.

Submitted by kur2, law clerk.