IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTIAN T. QUINTERO, | ) | CV. NO. 2:08-CV-00571 JMS-BMK |
| | ) | (PC) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER & WRIT OF HABEAS |
| | ) | CORPUS AD TESTIFICANDUM |
| JOHN DOE #1, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM

      Christian T. Quintero, inmate #P-48250, a necessary and material witness in proceedings in this case, is confined in Salinas Valley State Prison, P. O. Box 1050, Soledad, CA 93960-1050, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Barry M. Kurren, to appear telephonically at Salinas Valley State Prison, **November 12, 2010 at 10:00 a.m. (Hawaii time)**.  The hearing that was previously scheduled for November 9, 2010 at 1:30 p.m. (Hawaii time) is VACATED.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above to testify by telephone before the United States District Court at the time and place above, until completion of Court proceedings or as ordered by the Court;

      2.  The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Salinas Valley State Prison, P. O. Box 1050, Soledad, CA 93960-1050**:

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephone, until completion of the proceedings or as ordered by the Court.

      **FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

      IT IS SO ORDERED.

      DATED: Honolulu, Hawaii, October 25, 2010.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: October 25, 2010

Quintero v. Stewart, Civ. No. 2:08-CV-00571 JMS-BMK; ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM.