THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN T. QUINTERO, | ) CIVIL NO. 2:08-00571 JMS-BMK |
| | ) |
| Plaintiff, | ) ORDER ADOPTING THE JANUARY |
| | ) 25, 2011 FINDINGS AND |
| vs. | ) RECOMMENDATION THAT THIS |
| | ) ACTION BE DISMISSED WITHOUT |
| JOHN DOE #1, | ) PREJUDICE |
| | ) |
| Defendant. | ) |
| _____ | ) |

### ORDER ADOPTING THE JANUARY 25, 2011 FINDINGS AND RECOMMENDATION THAT THIS ACTION BE DISMISSED WITHOUT PREJUDICE

On January 25, 2011, U.S. Magistrate Judge Barry M. Kurren entered his Finding and Recommendation that this action be dismissed without prejudice due to Plaintiff Christian T. Quintero's ("Plaintiff") failure to name a defendant. No Objections have been received, the court ADOPTS the January 25, 2011 Findings and Recommendation and DISMISSES this action without prejudice. The Clerk of Court is directed to close the case file.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 22, 2011.



/s/ J. Michael Seabright_____
J. Michael Seabright
United States District Judge