THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTIAN T. QUINTERO, | ) | CIVIL NO. 2:08-00571 JMS-BMK |
| | ) | |
| Plaintiff, | ) | ORDER: (1) VACATING THE |
| | ) | FEBRUARY 23, 2011 ORDER |
| vs. | ) | ADOPTING THE JANUARY 25, 2011 |
| | ) | FINDINGS AND RECOMMENDATION |
| JOHN DOE #1, | ) | THAT THIS ACTION BE DISMISSED |
| | ) | WITHOUT PREJUDICE; (2) SETTING |
| Defendant. | ) | FORTH THE DEADLINE FOR |
| | ) | OBJECTIONS TO THE JANUARY 25, |
| | ) | 2011 FINDINGS AND |
| | ) | RECOMMENDATION THAT THIS |
| | ) | ACTION BE DISMISSED WITHOUT |
| | ) | PREJUDICE; AND (3) ORDERING THE |
| | ) | CLERK OF COURT TO PROPERLY |
| | ) | SERVE PLAINTIFF FILINGS IN THIS |
| | ) | ACTION |
| _____ | ) | |

**ORDER: (1) VACATING THE FEBRUARY 23, 2011 ORDER ADOPTING THE JANUARY 25, 2011 FINDINGS AND RECOMMENDATION THAT THIS ACTION BE DISMISSED WITHOUT PREJUDICE; (2) SETTING FORTH THE DEADLINE FOR OBJECTIONS TO THE JANUARY 25, 2011 FINDINGS AND RECOMMENDATION THAT THIS ACTION BE DISMISSED WITHOUT PREJUDICE; AND (3) ORDERING THE CLERK OF COURT TO PROPERLY SERVE PLAINTIFF FILINGS IN THIS ACTION**

On January 25, 2011, U.S. Magistrate Judge Barry M. Kurren entered

his Finding and Recommendation that this action be dismissed without prejudice

due to Plaintiff Christian T. Quintero's ("Plaintiff") failure to name a defendant

(the "January 25 F&R").  Because no objections were filed, the court adopted the

January 25 F&R on February 23, 2011, Doc. No. 42 (the "February 23 Order"),

and this action was dismissed without prejudice.  The Clerk's Office subsequently

determined, however, that the January 25 F&R was never sent to Plaintiff.  The

failure of the Clerk's Office to provide a copy of the January 25 F&R is

inexplicable -- this is now the second time the Clerk's Office has failed to send

copies of F&Rs in cases in which the undersigned is assigned (*see Arias-

Maldonado v. Sisto et al.*, Civ. No. 02:08-00216 JMS/BMK, Doc. No. 56), and this

failure both causes a delay in adjudicating these matters and wastes the court's

resources.

Because Plaintiff -- through no fault of his own -- has not received a

copy of the January 25 F&R, the court VACATES the February 23 Order adopting

the January 25 F&R.  The court further DIRECTS the Clerk's Office to (1) reopen

this action, and (2) mail Plaintiff a copy of the January 25 F&R, the February 23

Order, and this Order.

If Plaintiff wishes to file an objection to the January 25 F&R, he may

do so by March 16, 2011.  If Plaintiff fails to file an objection by that date, the

///

///

///

court will adopt the January 25 F&R and this action will be dismissed without

prejudice.

      IT IS SO ORDERED.

      DATED:  Honolulu, Hawaii, February 23, 2011.



                /s/ J. Michael Seabright
                J. Michael Seabright
                United States District Judge

*Quintero v. Doe*, Civ. No. 2:08-00571 JMS-BMK, Order: (1) Vacating the February 23, 2011 Order Adopting the January 25, 2011 Findings and Recommendation That This Action Be Dismissed Without Prejudice; (2) Setting Forth the Deadline for Objections to the January 25, 2011 Findings and Recommendation That This Action Be Dismissed Without Prejudice; and (3) Ordering the Clerk of Court to Properly Serve Plaintiff Filings in This Action